1  NINA WILDER (CA SBN 100474)
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, California 94102
   Tel.  (415) 431-3472
4  FAX  (415) 552-2703
   ninawilder@aol.com
5
   Attorney for Defendant
6  HONG SOI LAU

**FILED**

FEB 18 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

FEB 17 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0101-PJH |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **DETENTION HEARING** |
| ) | |
| HONG SOI LAU, et al., ) | [Proposed] **ORDER** |
| ) | |
| Defendants. ) | |

Upon further consideration and discussion with his attorney, defendant HONG SOI LAU intends to waive his detention hearing currently set on February 13, 2009, without prejudice to his right to move for a detention hearing at a future date.

Accordingly, the parties have agreed, through their undersigned attorneys, to continue defendant Hong's next appearance before this Court to **February 24, 2009**, for a personal waiver of his right to a detention hearing within the time limits set forth in 18 U.S.C. § 3142(f), to

STIPULATION TO CONTINUE
DETENTION HEARING; ORDER
(CR-09-0101-PJH)                   1

1  coordinate defendant Hong's and co-defendant Nobuphasavanh's next appearances before this
2  Court.

3  Dated:  February 9, 2009                                JOSEPH P. RUSSONIELLO
                                                            United States Attorney

                                                           By: /s/ Tarek J. Helou
                                                           TAREK J. HELOU
                                                           Assistant United States Attorney

8  Dated: February 9, 2009                                 WEINBERG & WILDER

                                                           By: /s/ Nina Wilder
                                                           NINA WILDER
                                                           Attorneys for Defendant
                                                           HONG SOI LAU

12  **IT IS SO ORDERED.**

14  Dated:  2-18-09

                                                           HONORABLE MARIA ELENA JAMES
                                                           United States District Judge

STIPULATION TO CONTINUE
DETENTION HEARING; ORDER
(CR-09-0101-PJH)                                    2