1 | Nina Wilder (SBN 100474)
    Law Offices Of
2 | WEINBERG & WILDER
    523 Octavia Street
3 | San Francisco, CA 94102
    Telephone (415) 431-3472
4 | Facsimile   (415) 552-2703

5 | Attorneys for Defendant
    HONG SOI LAU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-101-PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [proposed] ORDER CONTINUING HEARING DATE** |
| vs. | ) | |
| HONG SOI LAU, | ) | |
| Defendant. | ) | |

IT IS HEREBY AGREED by the parties, the United States and Hong Soi Lau, through their undersigned attorneys, that the status hearing presently set for defendant Lau on June 24, 2009 shall be continued to July 15, 2009 for change of plea.  This stipulation and proposed order apply only to defendant Lau.

The parties represent that granting the continuance is necessary for the effective preparation and continuity of defense counsel, taking into account due diligence and counsel's extended unavailability, and that the ends of justice shall be served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  Time is also subject to exclusion under 18 U.S.C. § 3161(h)(1)(G) for delay resulting from consideration by the court of a proposed plea agreement

STIPULATION AND ORDER CONTINUING HEARING
DATE (CR 09-101-PJH])
                                                    1

1 to be entered into by the defendant and an attorney for the government.

4  Dated: June 15, 2009                                    /s/ Tarek J. Helou
                                                           TAREK J. HELOU
5                                                          Assistant United States Attorney

7
  Dated:  June 15, 2009                                    / s / NINA WILDER
8                                                          NINA WILDER
                                                           Attorney for Defendant
9                                                          HONG SOI LAU

11     For the foregoing reasons, defendant Hong Soi Lau's matter is continued to July 15, 2009 at 1:30 p.m.  Pursuant to the Speedy Trial Act, Title 18 U.S.C. sections 3161(h)(1)(g) and 3161(h)(8)(A) and (B)(iv), for consideration of a proposed plea agreement to be entered into by the defendant and the attorney for the government and in that the ends of justice are served by granting the requested continuance, given that failure to do so would deny defendant continuity and effective preparation of counsel, taking into account the exercise of due diligence. Accordingly, time shall be excluded from June 24, 2009 through July 15, 2009.

SO ORDERED.

Dated:   06/19/09                                          _____
                                                           HONORABLE PHYLLIS J. HAMILTON
                                                           United States District Judge

STIPULATION AND ORDER CONTINUING HEARING
DATE (CR 09-101-PJH])
                                    2