IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HONG SOI LAU,<br><br>  Defendant. | **Case No.:** 4:09-CR-00101-1 PJH<br><br>[~~PROPOSED~~] ORDER REGARDING DEFENDANT'S DETENTION |

**[~~PROPOSED~~] ORDER**

On December 17, 2025, this matter came before the Court for status on detention and preliminary hearing regarding supervised release violations contained within the Amended Petition for Summons for Person Under Supervision dated July 28, 2021. Dkt. No. 125. The Court heard argument from the parties regarding the subject of Defendant's detention, and for the reasons stated on the record, Defendant is ordered detained pending the resolution of the supervised release violations.

This matter is continued to February 19, 2026, at 10:00 a.m., before the Honorable Senior United States District Judge Phyllis J. Hamilton for status conference hearing regarding the supervised release violations.

IT IS SO ORDERED.

DATED: December 17, 2025

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge