United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HONG SOI LAU,<br><br>                    Defendant. | Case No. 09-cr-00101-PJH-1<br><br>**ORDER RE FURTHER SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 136, 137 |

After the parties submitted supplemental briefing on the issue of the court's jurisdiction to adjudicate the alleged supervised release violations in light of the fugitive tolling doctrine, the United States Supreme Court issued a decision in Rico v. United States, Case No. 24-1056 (2026), addressing whether the fugitive tolling doctrine applies in supervised release cases.

In light of the Supreme Court's decision, the court directs the parties in this case to submit further supplemental briefing on the impact of the Rico decision on (1) the court's finding on the applicability of section 3583(i), and (2) whether there remains any supervised release term to be served if a violation is admitted or found.

Each side shall have until **April 9, 2026** to submit a supplemental brief in accordance with this order.

**IT IS SO ORDERED.**

Dated:  March 27, 2026

          /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge